UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EAGLETON DIVISION

ANTHONY LAWRENCE,  Case No.: 4:17-cv-01336-AGF

    Plaintiff,  NOTICE OF VOLUNTARY DISMISSAL

– vs –

CAPITAL ONE, N.A.

    Defendant.

PLEASE TAKE NOTICE that Plaintiff ANTHONY LAWRENCE hereby voluntarily dismisses with prejudice the above entitled action against Defendant CAPITAL ONE BANK (USA), N.A. (erroneously named as Capital One, N.A. in the Complaint).

The parties, through their undersigned attorneys, have settled this action pursuant to a General Release and Settlement Agreement and stipulate to dismissal.

Dated: July 10, 2017.

    ARMSTRONG TEASDALE LLP
    By: /s/ Jonathan R. Shulan
    Jonathan R. Shulan
    7700 Forsyth Blvd., Suite 1800
    St. Louis, Missouri 63105
    Telephone: 314.621.5070
    Fax: 314.621.5065
    jshulan@armstrongteasdale.com
    ATTORNEYS FOR DEFENDANT

    THE LAW OFFICES OF JEFFREY LOHMAN, P.C.
    By: /s/ Ibrahim Muhtaseb
    Ibrahim Muhtaseb – Pro Hac Vice
    4740 Green River Road, Suite 219
    Corona, California 92563
    Telephone: 866.329.9217 (ext. 1008)
    Fax: 657.246.1311
    ibrahimm@jlohman.com
    ATTORNEYS FOR PLAINTIFF